UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.:  1:13-cv-645

| | |
|---|---|
| PRECISION FABRICS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIETEX INTERNATIONAL, LTD., <br><br> Defendant. | **COMPLAINT** <br> **(JURY TRIAL DEMANDED)** |

Plaintiff PRECISION FABRICS GROUP, INC. ("PFG" or "Plaintiff") hereby files this Complaint for Patent Infringement against Defendant TIETEX INTERNATIONAL, LTD. ("Tietex" or "Defendant"), and shows the Court the following:

1.      PFG is a corporation formed under the laws of the State of North Carolina, having a principal place of business at 301 North Elm St., Suite 600, Greensboro, North Carolina 27401.

2.      Tietex, upon information and belief, is a corporation formed under the laws of the State of South Carolina, having a principal place of business at 3010 North Blackstock Road, Spartanburg, South Carolina 29304.

3.      Tietex is subject to suit in this district as it is offering for sale and selling, through established streams of commerce throughout the United States, including to customers and potential customers in this judicial district, products which infringe PFG's rights as alleged herein.

4.      This is an action for federal patent infringement pursuant to 35 U.S.C. § 1 *et seq*.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), and venue has been properly laid in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

5.      On information and belief, Tietex is a manufacturer of a broad and diverse range of fabrics, including flame retardant fabrics.

6.      PFG is the owner, by assignment, of all right, title, and interest in and to United States Patent No. 8,501,639 ("the '639 patent") entitled "Thermally Protective Flame Retardant Fabric."

7.      The '639 patent was duly and lawfully issued by the United States Patent and Trademark Office on August 6, 2013.

8.      Tietex is offering for sale and selling, through established streams of commerce throughout the United States, including to customers and potential customers in this judicial district, flame retardant fabrics that infringe, literally and/or by and through the doctrine of equivalents, one or more claims of the '639 patent.

9.      Tietex has committed the acts of infringement complained of herein without the consent or authorization of PFG and in derogation of 35 U.S.C. § 271.

10.      PFG has been and will continue to be damaged by Tietex's infringement of the '639 patent.

11.      PFG is entitled to damages from Tietex pursuant to 35 U.S.C. § 284 and injunctive relief pursuant to 35 U.S.C. § 283.

## PRAYER FOR RELIEF

WHEREFORE, PFG prays for the entry of a judgment:

1.     Holding that Tietex has infringed the '639 patent;

2.     Awarding PFG all available damages pursuant to 35 U.S.C. § 284 for

Tietex's infringement of the '639 patent;

3.     Awarding PFG interest to the extent permitted by law;

4.     Permanently enjoining Tietex from any further acts of infringement; and

5.     Awarding such other and further relief as this Court may deem just and

proper.

## JURY TRIAL DEMAND

PFG demands a trial by jury on all issues so triable.

This the 6th day of August 2013.

                                        /s/Richard A. Coughlin
                                        Richard A. Coughlin
                                        NC State Bar No. 19894
                                        Kimberly B. Gatling
                                        NC State Bar No. 27234

                                        SMITH MOORE LEATHERWOOD LLP
                                        300 N. Greene Street, Suite 1400
                                        PO Box 21927 (27420)
                                        Greensboro, NC  27401
                                        Telephone:  336.378.5200
                                        Facsimile:  336.378.5400
                                        rick.coughlin@smithmoorelaw.com
                                        *Attorneys for Plaintiff/*