IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| PRECISION FABRICS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIETEX INTERNATIONAL, LTD., <br><br> Defendant. | Civil Action No. 7:17-cv-3037 |
| PRECISION FABRICS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIETEX INTERNATIONAL, LTD., <br><br> Defendant. | Civil Action No. 7:17-cv-3038 |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you.

### FINDINGS ON INFRINGEMENT CLAIMS

**A.    Literal Infringement**

1.   Has Precision Fabrics Group proven that it is more likely than not that Tietex literally infringed the '639 patent or the '162 patent?

     Yes _____    No __✓__

*If your answer to question 1 is "yes," go to question 3. If your answer to question 1 is "no," go to question 2.*

B. **Infringement Under the Doctrine of Equivalents (If Applicable)**

2. Has Precision Fabrics Group proven that is more likely than not that the accused fabrics include a coating that is identical or equivalent to the claimed intumescent of the '639 and '162 patents under the doctrine of equivalents?

    Yes ____    No ✓

*If your answer to question 2 is "yes," go to question 3. If your answer to question 2 is "no," do not complete any of the remaining questions and skip to the end and sign and date the verdict.*

C. **Damages (If Applicable)**

3. What lost profits, if any, did Precision Fabrics Group show it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Tietex's infringement?

    $ _____

*Proceed to question 4.*

4. For those infringing sales for which Precision Fabrics Group has not proved its entitlement to lost profits, what has it proved it is entitled to as a reasonable royalty?

    $ _____

*Proceed to question 5.*

D. **Willful Infringement (If Applicable)**

5. Has Precision Fabrics Group proven that it is more likely than not that Tietex actually knew, or it was so obvious that Tietex should have known, that its actions constituted infringement of either of the '639 patent or the '162 patent?

    Yes ____    No ____

2

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Juror Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Juror Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: 3-9-18        By: REDACTED
                        Jury Foreperson