AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| PRECISION FABRICS GROUP, INC. *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   7:17cv3037-TDS, 7:17cv3038-TDS |
| TIETEX INTERNATIONAL, LTD. *Defendant* | ) ) ) | |

## JUDGMENT IN A CIVIL ACTION

This action was:

■ tried by a jury, the Honorable   Thomas D. Schroeder   presiding, and the jury has rendered a verdict in favor of Defendant.

Date:   March 9, 2018

*CLERK OF COURT*

s/ Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*